JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>                          Plaintiff,<br><br>          vs.<br><br>Cristian Francisco Escalante-Leon,<br><br>                          Defendant. | No.  CR-19-01200-PHX-MTL<br><br>MOTION TO EXTEND TIME TO FILE<br>PRETRIAL MOTIONS<br>AND<br>MOTION TO CONTINUE TRIAL<br>AND<br>MOTION TO VACATE STATUS<br>CONFERENCE<br><br>(Third Request)<br><br>Trial set April 7, 2020 |

Defendant Cristian Francisco Escalante-Leon, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least thirty (30) days from the current date of March 13, 2020.  In addition, defendant requests that the Court continue the trial date for a period of at least thirty (30) days from the current date of April 7, 2020.  Further, the defense requests that this Court vacate the status conference, currently scheduled for March 23, 2020.

Defense counsel has received a recording of the removal hearing referenced in the indictment in this case and has identified a possible defense based on that tape. Counsel is in the process of drafting a motion to dismiss and needs additional time to prepare the filing, receive and review the government's response and prepare a reply.

Defense counsel conferred with Assistant United States Attorney Amy Chang regarding this requested continuance. Ms. Chang advised that the United States has no objection.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:  March 12, 2020

JON M. SANDS
Federal Public Defender

 *s/Jami Johnson*_____
JAMI JOHNSON
Asst. Federal Public Defender